

**MICHAEL W. DOBBINS**

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

### NOTICE OF REMOVAL OF MATERIAL FROM THE CUSTODY OF THE CLERK'S OFFICE

Commodity Futures Trading

v

Case No. 89cv8576

Tobin

Judge Grady

*FILED AUG 1 1 2003 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT*

**DOCKETED AUG 1 3 2003**

The following item(s) were removed from the custody of the Clerk's Office pursuant to Local Rule 79.1(c).

**Trial Exhibits**

Three volumes of plaintiffs exhibits doc. # 165, 198, 199
__X__ Plaintiff  ___ Defendant

Removed by: _[signature]_  Date: 8/4/03

By: Gloria Jones _[signature]_  Date: 1/08/2003
Deputy Clerk                          8/11/03

exh.rem

259